IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:99cr046**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **ANTONIO LORENZO COVINGTON.** | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Reduce Sentence [Doc.35], filed on February 21, 2008 through counsel. On April 15, 2008, the Government moved to stay a ruling on the motion for a six month period. [Doc. 36]. The Defendant has not opposed that motion.

The Government seeks a six months stay due to the numbers of motions filed by convicted criminal defendants pursuant to the amendment to the United States Sentencing Guidelines related to cocaine base offenses. Based on the Government's motion and a review of the Defendant's case, it does not appear he is eligible for immediate release; in fact, it appears that his earliest release would be in 2010.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Stay [Doc. 36] is hereby **GRANTED** and this matter is stayed until October 15, 2008.

Martin Reidinger
United States District Judge

Signed: April 30, 2008