UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-00046-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTONIO LORENZO COVINGTON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se Motion to Terminate Supervised Release. Having considered defendant's pro se motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government file its response to defendant's pro se Motion to Terminate Supervised Release (#50) within 14 days, reflecting any position that defendant's supervised release officer may have as to such request.

Signed: February 3, 2015

Max O. Cogburn Jr.
United States District Judge