UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-00046-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>)<br>) |
| Vs. | )    ORDER<br>) |
| **ANTONIO LORENZO COVINGTON,** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion to Terminate Supervised Release. The government has responded in opposition to such motion and reflected therein that the United States Probation Office does not support such petition. That office reports concerns that defendant has been engaged in the sale of controlled substances during supervision. Having considered the motion in accordance with Section 3583(e)(1), the court does not find that the interests of justice would be served through early termination at this time, as both society and defendant would benefit from further supervision.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Terminate Supervised Release (#50) is DENIED without prejudice.

Signed: March 6, 2015

Max O. Cogburn Jr.
United States District Judge